**Dismissed and Opinion Filed October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00612-CV

### AVIS YOUNG, Appellant
### V.
### BRITTANY BISHOP, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-15276-U**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant filed his notice of appeal May 16, 2014. In notices dated May 16, 2014 and July 9, 2014, the Court informed appellant the $195 filing fee was past due. Appellant was instructed to pay the fee within ten days. We cautioned appellant that if he failed to pay the fee within the time requested, the Court would dismiss his appeal without further notice.

To date, appellant has not paid the filing fee. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

140612F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

AVIS YOUNG, Appellant

No. 05-14-00612-CV        V.

BRITTANY BISHOP, Appellee

On Appeal from the 303rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-15276-U.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRITTANY BISHOP recover her costs, if any, of this appeal from appellant AVIS YOUNG.

Judgment entered this 7th day of October, 2014.